# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV - 2 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-02114-OES

RAYMOND A. LEWIS, et al.,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER/MAYOR JOHN HICKENLOOPER, et al.,
DENVER POLICE DEPT., et al., and,
DENVER SHERIFF'S DEPT., et al.,

    Defendants.

---

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

    The matter before the Court is Plaintiff's Notice and Motion Requesting an Order for Copies. In the Notice and Motion, Plaintiff asserts that Adams County officials will not provide him with copies. In accordance with the Court's October 24, 2005, Order, Plaintiff was not instructed to provide copies to the Court other than to complete the Prisoner Complaint forms sent to him and file the forms with the Court. Plaintiff's Motion requesting that the Court enter an order directing Adams County personnel to provide Plaintiff with copies is DENIED as unnecessary.

    The Clerk of the Court is directed to send a copy of the Local Rules to Plaintiff along with two copies of the Prisoner Complaint form. The Court finds no reason, and Plaintiff fails to provide a reason, to send six copies to Plaintiff of the Prisoner Complaint form. As for copies of forms that are titled "Notice of Intent to Bring Legal Action," a Notice of Intent form is not available from this Court.

Dated: November 2, 2005

---

Copies of this **Minute Order, a copy of the Local Rules, and two copies of Prisoner Complaint** were mailed on November 2, 2005, to the following:

Raymond Anthony Lewis
Prisoner No. 12725
Adams County Det. Facility
150 N. 19th Ave.
Brighton, CO   80601

                                            Secretary/Deputy Clerk