**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 29 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-02114-OES

RAYMOND ANTHONY LEWIS,
INMATES IN THE DENVER JAILS, Who are and in the Future may be Jailed,
DANIEL THOMAS HARNACK, Inmate, Pretrial Detainee,
JOSEPH DANIEL FLEMING, Inmate Pretrial Detainee,
GERALD L. PACHECO, Inmate Sentenced/Probation, Pending Charges, and
GARY DeWITT, Inmate, Pretrial Detainee,

    Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER/MAYOR JOHN HICKENLOOPER,
DENVER POLICE DEPT.,
DENVER SHERIFF'S DEPT.,
JERRY PFAFF, As an Individual and Official Capacity as Den. Police Detective,
JAY OTEY, As an Individual and Official Capacity as Den. Police Officer,
GRACE NUNEZ-DE-OVALLS, As an Individual and Official Capacity as Den. Police
    Detative [sic],
A. E. MARTINEZ, As an Individual and Official Capacity as Den. Police Officer,
TODD COLE, As an Individual and Official Capacity as Den. Police Officer,
CHIEF M. J. OLIVA, Official Capacity as Den Sheriff Dep., and as an Individual,
DIV. CHIEF RON FOOS, As an Individual and Official Capacity as Den Sheriff Dep.,
DIV. CHIEF BILL LOVINGIER, As an Individual and Official Capacity as Den. Sheriff
    Dep.,
MAJ. WILSON, (First Name Unknown), As an Individual and Official Capacity as Den.
    Sheriff. Dep.,
CAPT. BLAIR, (First Name Unknown), As an Individual and Official Capacity as Den.
    Sheriff Dep.,
SGT. GARCIA, (First Name Unknown), As an Individual and Official Capacity as Den
    Sheriff Dep.,
SGT. BUTLER, (First Name Unknown), As an Individual and Official Capacity as Den
    Sheriff Dep.,
SGT. SWIFT, (First Name Unknown), As an Individual and Official Capacity as Den
    Sheriff Dep.,
DEPUTY LOPEZ, (First Name Unknown), As an Individual and Official Capacity as Den
    Sheriff Dep.,

    Defendants.

---

**SECOND ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

On October 24, 2005, the Court directed Plaintiff Raymond Anthony Lewis to cure deficiencies in his Complaint by submitting a certified copy of his trust fund account statement. The Court also directed Plaintiff to submit a Prisoner Complaint form. On November 1, Mr. Lewis filed a certified copy of his account statement, and on November 9, he submitted a Prisoner Complaint form. Nonetheless, the Defendants listed in the caption of the Complaint were found to not match the names of the Defendants listed in Section "A. Parties" of the Complaint form. On November 10, the Court directed Plaintiff to cure the deficiencies and sent him two copies of a Prisoner Complaint form to correctly list the named Defendants.

On November 16, Plaintiff filed a convoluted document titled, "Motion to Cure Deficiences [sic], Motion for a 'TRO' Fed. R. Cv. P. 65(b)(1) & 18, USC §§ 3626(a),(1) et seq. & (f) et seq. 42, U.S.C § 1987." In the Motion, Plaintiff refers to an enclosed revised list of Section "A. Parties." Upon review of the revised list of parties, the Court finds four additional Plaintiffs are listed in both the caption and Section "A. Parties" of the list. None of the additional Plaintiffs have submitted Motions and Affidavits for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Therefore, each newly listed Plaintiff will be required to file a Motion and Affidavit on their behalf.

Furthermore, none of the newly listed Plaintiffs have signed the Prisoner Complaint form. Plaintiffs also are responsible for providing to the Court an original signature confirming that they are a Plaintiff in the instant action. Moreover, Plaintiffs should take note that an original signature is required by each named Plaintiff on any document filed with the Court.

As for Plaintiff's request that the Court send him a conformed copy of the Complaint, because he is not able to obtain copies, per Appendix C of the Local Rules of Practice of the United States District Court for the District of Colorado, the charge for reproduction of any paper is $.50. The payment for copying must be received in advance of the copying services being done. As an alternative to paying for copies, the Plaintiff may elect to hand-write an extra copy for the purpose of returning a conformed copy to him.

With respect to Plaintiff's request, attached to the "Letter to Clerk and Court," filed November 16, 2005, that the Court send correspondence from the Court to Plaintiff at two separate addresses as he anticipates release, it is Plaintiff's responsibility to inform the Court when his address actually changes. The Court is not required to send correspondence to two separate addresses. The Court will assume that Plaintiff remains incarcerated until he informs the Court otherwise.

Plaintiff also should take note that when listing the names of parties in the caption each named party is to be listed, one party per line. D.C.COLO.LCivR 8.2J. The use of "et al." is inappropriate. Accordingly, it is

ORDERED that Plaintiff's Motion to Cure Deficiency is DENIED as inappropriate. It is

FURTHER ORDERED that the newly listed Plaintiffs cure the deficiencies as instructed above, **within thirty days from the date of this Order.** It is

FURTHER ORDERED that the Clerk of the Court mail to each additional Plaintiff, including Daniel Thomas Narnack, Joseph Daniel Fleming, Gerald L. Pacheco, and Gary DeWitt, together with a copy of this Order, a copy of the Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form to complete and to file with the Court, and a Prisoner Complaint form to sign and confirm they are a Plaintiff in the instant action. It is

FURTHER ORDERED that, if Plaintiffs fail to cure the designated deficiency, **within thirty days from the date of this Order**, they will be dismissed from the action without further notice. No further allowances to cure deficiencies will be given without good cause.

DATED at Denver, Colorado, this 29 day of November, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02114-OES

Raymond Anthony Lewis
Prisoner No. 0512725
ACDF – Unit A-3-34
150 N. 19th Ave.
Brighton, CO 80601-1951

Daniel T. Narnack
Denver County Jail
10500 S. Smith Rd.
Denver, CO 80294

Joseph Daniel Fleming
Denver County Jail
10500 S. Smith Rd.
Denver, CO 80294

Gerald L. Pacheco
Denver County Jail
10500 S. Smith Rd.
Denver, CO 80294

Gary DeWitt
Denver County Jail
10500 S. Smith Rd.
Denver, CO 80294

    I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and a Prisoner Complaint** to the above-named individuals on _11-29-05_

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk