IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER. COLORADO

FEB 1 5 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-02114-BNB

RAYMOND ANTHONY LEWIS,
INMATES IN THE DENVER JAILS, Who are and in the Future may be Jailed,
DANIEL THOMAS HARNACK, Inmate, Pretrial Detainee,
JOSEPH DANIEL FLEMING, Inmate Pretrial Detainee,
GERALD L. PACHECO, Inmate Sentenced/Probation, Pending Charges, and
GARY DeWITT, Inmate, Pretrial Detainee,

     Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER/MAYOR JOHN HICKENLOOPER,
DENVER POLICE DEPT.,
DENVER SHERIFF'S DEPT.,
JERRY PFAFF, As an Individual and Official Capacity as Den. Police Detective,
JAY OTEY, As an Individual and Official Capacity as Den. Police Officer,
GRACE NUNEZ-DE-OVALLS, As an Individual and Official Capacity as Den. Police
Detative [sic],
A. E. MARTINEZ, As an Individual and Official Capacity as Den. Police Officer,
TODD COLE, As an Individual and Official Capacity as Den. Police Officer,
CHIEF M. J. OLIVA, Official Capacity as Den Sheriff Dep., and as an Individual,
DIV. CHIEF RON FOOS, As an Individual and Official Capacity as Den Sheriff Dep.,
DIV. CHIEF BILL LOVINGIER, As an Individual and Official Capacity as Den. Sheriff
Dep.,
MAJ. WILSON, (First Name Unknown), As an Individual and Official Capacity as Den.
Sheriff. Dep.,
CAPT. BLAIR, (First Name Unknown), As an Individual and Official Capacity as Den.
Sheriff Dep.,
SGT. GARCIA, (First Name Unknown), As an Individual and Official Capacity as Den
Sheriff Dep.,
SGT. BUTLER, (First Name Unknown), As an Individual and Official Capacity as Den
Sheriff Dep.,
SGT. SWIFT, (First Name Unknown), As an Individual and Official Capacity as Den
Sheriff Dep.,
DEPUTY LOPEZ, (First Name Unknown), As an Individual and Official Capacity as Den
Sheriff Dep.,

     Defendants.

ORDER DISMISSING PLAINTIFFS DANIEL THOMAS HARNACK, JOSEPH DANIEL FLEMING, GERALD L. PACHECO, AND GARY DeWITT

On November 29, 2006, Magistrate Judge O. Edward Schlatter entered an order directing Plaintiffs Daniel Thomas Harnack, Joseph Daniel Fleming, Gerald L. Pacheco, and Gary DeWitt each to file a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and to provide an original signature on the Prisoner Complaint form. Plaintiffs Harnack, Fleming, Pacheco, and DeWitt were warned that if they failed to respond to the November 29 Order within the time allowed they would be dismissed as parties to this action.

All of the copies of Magistrate Judge Schlatter's November 29 Order mailed to Plaintiffs Harnack, Fleming, Pacheco, and DeWitt at the Denver County Jail address were returned to the Court undelivered and stamped either "Released" or "RETURN TO SENDER, ATTEMPTED UNKNOWN." Plaintiffs Harnack, Fleming, Pacheco, and DeWitt did not file a notice of change of address in this action.

Pursuant to Rule 10.1M. of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, a party must file a notice of new address and telephone number within ten days of any change of address or telephone number. Plaintiffs Harnack, Fleming, Pacheco, and DeWitt have failed to comply with the Court's local rules and, as a result, they have failed to cure the deficiencies in this action. Therefore, they will be dismissed as parties to the action. Accordingly, it is

2

ORDERED that Plaintiffs Daniel Thomas Harnack, Joseph Daniel Fleming,

Gerald L. Pacheco, and Gary DeWitt are dismissed as parties to this action.

DATED at Denver, Colorado, this _15_ day of _February_, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02114-BNB

Raymond Lewis
Prisoner No. 05-12725
Adams County Det. Facility
150 N. 19th Ave.
Brighton, CO 80601

Daniel Thomas Harnack
Denver County Jail
10500 Smith Road
Denver, CO 80239

Joseph Daniel Fleming
Denver County Jail
10500 Smith Road
Denver, CO 80239

Gerald L. Pacheco
Denver County Jail
10500 Smith Road
Denver, CO 80239

Gary DeWitt
Denver County Jail
10500 Smith Road
Denver, CO 80239

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 2/15/06

GREGORY C. LANGHAM, CLERK

By: _____
                        Deputy Clerk